# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | U.S. District Court |
| Frictionless World, LLC ) | Civil Action No. 19-CV-03583-CMA |
| ) | |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| Frictionless World, LLC, ) | |
| ) | Case No. 19-18459 MER |
| Plaintiff, ) | Chapter 11 |
| ) | |
| v. ) | Adversary Proceeding No. 19-01282 MER |
| ) | |
| Frictionless, LLC; Changzhou Inter Universal ) | |
| Machine & Equipment Co., Ltd.; Li Zhixiang; ) | |
| Changzhou Zhong Lian Investment Co., Ltd.; ) | |
| Serena Li; and Frank Li, ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT OF DEFENDANTS MINGSU LI AND JUN LI

Defendants Mingsu Li, a/k/a Serena Li, and Jun Li, a/k/a Frank Li (collectively, "Mr. and Mrs. Li"), respectfully submit the following status report, in compliance with this Court's Order, dated May 27, 2020 [Docket No. 11].

1. On May 27, 2020, this Court entered its Order Granting Motion to Withdraw Automatic Reference to the Bankruptcy Court [Docket No. 10] (the "Reference Order"), whereby the Court granted Mr. Li's and Mrs. Li's Motion to Withdraw Automatic Reference to the Bankruptcy Court, etc. [Docket No.1] (the "Motion"). In the Reference Order, the Court withdrew the automatic reference of this matter to the Bankruptcy Court as to Mr. and Mrs. Li, and remanded the matter to the Bankruptcy Court to consider and determine all pre-trial matters.

2. This matter involves claims asserted against Mr. and Mrs. Li by Frictionless World, LLC (the "Debtor"), which is the Debtor in a bankruptcy case, United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court"), Case No. 19-18459-MER (the "Bankruptcy Case"), filed under Chapter 11 of the United States Bankruptcy Code.

3. On September 29, 2020, the Bankruptcy Court entered an Order Approving Appointment of Trustee [Bankruptcy Case Docket No. 721], whereby the Bankruptcy Court appointed Tom H. Connolly as Chapter 11 Trustee for the Debtor (the "Trustee"), effective October 1, 2020. Upon his appointment, the Trustee assumed control over all of the Debtor's property and litigation claims within its bankruptcy estate, including the claims asserted against Mr. and Mrs. Li in this matter. *See* 11 U.S.C. §§ 323, 1106.

4. Undersigned counsel for Mr. and Mrs. Li have negotiated with the Trustee a settlement agreement (the "Settlement Agreement"), which, upon approval by the Bankruptcy Court, would resolve all claims against Mr. and Mrs. Li in this matter and result in a stipulated dismissal with prejudice of this matter. The Trustee has filed a motion with the Bankruptcy Court, under Fed. R. Bankr. P. 9019, to approve the Settlement Agreement (the "Settlement Motion"), on November 19, 2020, under Bankruptcy Case Docket No. 803. Any objections to the Settlement Motion are due on December 10, 2020.

5. If the Settlement Motion is granted, then the parties anticipate that a stipulation for dismissal of this matter with prejudice will be filed shortly thereafter.

6. Based on the foregoing, Mr. and Mrs. Li respectfully request that this Court allow them to submit a further status report not later than six (6) months from the date hereof to inform the Court of the status of the Bankruptcy Case, if this matter has not been dismissed before that time.

**Reaffirmation of Special Appearance and Reservation of All Rights**

Mr. and Mrs. Li hereby reaffirm and incorporate by reference their Notice of Special Appearance and Reservation of All Rights (the "Notice"), as set forth in the Motion. Nothing herein shall constitute or be construed as a waiver of any rights or defenses set forth in the Notice, all of which Mr. and Mrs. Li expressly reserve.

DATED: November 20, 2020.

        SHERMAN & HOWARD L.L.C.

        *s/ Eric E. Johnson*
        Peter A. Cal
        Eric E. Johnson
        633 Seventeenth Street, Suite 3000
        Denver, Colorado 80202
        Telephone: (303) 297-2900
        Facsimile: (303) 298-0940
           E-mail: pcal@shermanhoward.com
                    ejohnson@shermanhoward.com

        K&L GATES LLP

        *s/ Brian D. Koosed*
        Brian D. Koosed
        Robert T. Honeywell
        1601 K Street, N.W.
        Washington, D.C. 20006
        Telephone: (202) 778-9204
        Facsimile: (202) 778-9100
           E-mail: Brian.Koosed@klgates.com
                    Robert.Honeywell@klgates.com

        **Attorneys for Mingsu Li, a/k/a Serena Li; and Jun Li, a/k/a Frank Li**

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, I electronically filed the foregoing **STATUS REPORT OF DEFENDANTS MINGSU LI AND JUN LI** with the Clerk of Court using the CM/ECF system which will send notification of such filing, to the following e-mail addresses and was deposited in the U.S. Mail, postage paid and addressed to:

Aaron J. Conrardy, Esq.
David Wadsworth, Esq.
aconrardy@wgwc-law.com
dwadsworth@wgwc-law.com
dwarner@wgwc-law.com

Thomas P. Howard, Esq.
thoward@thowardlaw.com

Risa Lynn Wolf-Smith, Esq.
RWolf@hollandhart.com

**Via U.S. Mail**
Stephen M. Packman, Esq.
Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103

**Via U.S. Mail**
Tom Connolly
P.O. Box 68
Lafayette, CO 80026-0068

**Via U.S. Mail**
Brian E. Dempsey, Esq.
Faegre Drinker Biddle & Reath, LLP
1144 Fifteenth Street, Suite 3400
Denver, CO 80202-2572

    *s/ Roberta Neal*